# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
Mr. Dennis Louviere ;
2 Citizen of Another State; North Carolina
**County of Residence:** Outside This District

**Defendant(s):**

First Listed Defendant:
Cook Incorporated ;
1 Citizen of This State;
**County of Residence:** Monroe County

Additional Defendants(s):
Cook Medical, LLC ;
1 Citizen of This State;

William Cook Europe APS ;
3 Citizen of Foreign Country;

**County Where Claim For Relief Arose:** Monroe County

**Plaintiff's Attorney(s):**

Mr. Basil E. Adham (Dennis Louviere)
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
**Phone:** 7136269336
**Fax:** 7136263394
**Email:** ivc@johnsonlawgroup.com

**Defendant's Attorney(s):**

Mr. John T. Schlafer ( Cook Incorporated)
Faegre Baker Daniels
300 N. Meridian St., Suite 2700
Indianapolis, Indiana 46204
**Phone:** 3172378274
**Fax:**
**Email:** john.schlafer@faegrebd.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** 2 Citizen of Another State

**Defendant:** 1 Citizen of This State

**Origin:** 8. Multidistrict Litigation - Direct Filed

**Nature of Suit:** 367 Health Care/Pharmaceutical Product Liability
**Cause of Action:** 28:1407pl MDL: Products Liability
**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** RELATED to case number 1:14-ml-2570-RLY-TAB, assigned to Judge Tim A. Baker

**Signature:** Basil E. Adham

**Date:** 04/09/2019

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.